WILLIAM P. ANKENY *et al.*

*vs.*

L. R. PALMER AND THE CITY OF MINNEAPOLIS.

Appeal from an order of the court of common pleas for Hennepin county, overruling a demurrer to the complaint, which was substantially the same as that and the next preceding case.

A. N. MERRICK, for Appellants.

BEEBE & SHAW, for Respondents.

*By the Court.*—McMILLAN, CH. J.— The questions presented in this case are substantially the same as those involved and determined in the case of *The Minnesota Linseed Oil Co. vs.*

*L. R. Palmer and the City of Minneapolis*, at the present term, (*ante p.* 468,) and need not be further considered.

The order overruling the demurrer is affirmed.